UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FRANK L. ROLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 1:06-cv-1292-LJM-VSS |
| | ) | |
| WESTERN INDUSTRIES, INC., WESTERN | ) | |
| INDUSTRIES KSQ DIVISION, WESTERN | ) | |
| INDUSTRIES CHILTON DIVISION, | ) | |
| WESTERN INDUSTRIES ENGINEERED | ) | |
| PRODUCTS GROUP, WESTERN | ) | |
| INDUSTRIES PROPANE AND SPECIALTY | ) | |
| CYLINDER GROUP, THERMADYNE | ) | |
| HOLDINGS CORPORATION, VICTOR | ) | |
| EQUIPMENT COMPANY, TURBOTORCH, | ) | |
| TWECO PRODUCTS, INC. f/k/a TWEKO/ | ) | |
| ARCAIR, THERMAL DYNAMICS | ) | |
| CORPORATION, THERMAL ARC, STOODY | ) | |
| C&G SYSTEMS, INC., FIREPOWER, | ) | |
| NEWELL RUBBERMAID, INC., and | ) | |
| BERNZOMATIC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON STIPULATION OF DISMISSAL

Come now the parties, by counsel, and having filed herein their Stipulation of Dismissal, and the Court, having read and examined said Stipulation and being duly advised in the premises, now finds that this matter should be dismissed, with prejudice.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** by the Court that the above-entitled matter be, and it hereby is, dismissed, with prejudice, costs paid.

DATE: 04/23/2007

LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas C.  Hays, thays@lewiswagner.com
Kyle A.  Lansberry, klansberry@lewiswagner.com
Steven E. Springer, sspringer@k-glaw.com mailto:moconnor@k-glaw.com
Pfenne P. Cantrell, pcantrell@k-glaw.com mailto:Mjunkins@K-GLaw.com
Anthony W. Patterson, tpatterson@parrlaw.com mailto:smartin@parrlaw.com
Jeremy L. Fetty, jfetty@parrlaw.com, jeremyfetty@yahoo.com


Q:\ACE\828\Stip Dismiss Order.wpd